# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

WAYNE WILLIS,
    *Plaintiff(s)*
v.
ADRIAN FEINERMAN, WARDEN
HULICK, ROGER E. WALKER,
DENTIST CHAPMAN,
    *Defendant(s)*

Case Number: 3:09-cv-273-PMF

## JUDGMENT IN A CIVIL ACTION

This action came before the Court, Magistrate Judge Philip M. Frazier presiding, and the parties have advised that the action has been settled in its entirety.

**IT IS ORDERED** that this action is **DISMISSED with prejudice.** The parties to bear their own costs.

**Dated: January 5, 2012.**       **NANCY J. ROSENSTENGEL, Clerk**

    s/Karen R. Metheney
    Deputy Clerk

**APPROVED:**

/s/ *Philip M. Frazier*
**HON. PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**